UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1033

UNITED STATES OF AMERICA,
Appellant

v.

FRANCIS RAIA

(D.N.J. No. 2-18-cr-00657-001)

Present:  SMITH, Chief Judge, AMBRO and CHAGARES, Circuit Judges

1.  Unopposed Motion to Amend Opinion


ORDER

_____

The foregoing Unopposed Motion to Amend Opinion is GRANTED as follows:  The April 2, 2020 precedential opinion in *United States v. Raia*, No. 20-1033, is VACATED. An amended opinion is filed contemporaneously with this order.


By the Court:

s/ D. Brooks Smith
Chief Circuit Judge

Dated: April 8, 2020
CJG/cc:      Mark E. Coyne, Esq.
             Steven G. Sanders, Esq.
             Jenny Chung, Esq.
             David M. Dugan, Esq.
             Lee Vartan, Esq.
             Alan L. Zegas, Esq.